MWG:RAS
F. #2026R00228

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        - against -

IAN KILLY,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

**C O M P L A I N T**

(18 U.S.C. § 111(a)(1))

Case No. 26-MJ-65

EASTERN DISTRICT OF NEW YORK, SS:

FRANK VELTRI, being duly sworn, deposes and states that he is a Deputy Marshal with the United States Marshals Service, duly appointed according to law and acting as such.

On or about April 1, 2026, within the Eastern District of New York, the defendant IAN KILLY, did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate and interfere with a person designated in Section 1114 of Title 18 of the United States Code, to wit: a Deputy Marshal with the United States Marshals Service, while such officer and employee was engaged in and on account of the performance of official duties, and such act involved physical contact with such person and inflicted bodily injury.

(Title 18, United States Code, Section 111(a)(1))

2

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.    I am a Deputy Marshal with the United States Marshals Service ("USMS"). I have been a Deputy Marshal since April 2022. During my time as a Deputy Marshal, I have been involved in the investigation of numerous cases involving fugitive apprehension and assaults on United States Marshals Service employees. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.    On or about April 1, 2026, members of the USMS, including myself, were executing a civil contempt warrant issued by the United States District Court for the Southern District of New York for an individual (Individual-1) at an apartment in Brooklyn, New York (the "Residence"). The USMS knocked on the door of the Residence and repeatedly instructed the occupants to open the door. They did not comply. The USMS forcibly entered the Residence and observed the defendant IAN KILLY inside of the Residence along with other individuals. The USMS repeatedly ordered the defendant IAN KILLY to come to the front door, step out of the Residence, and remove his hands from his pockets. Initially, KILLY refused to comply, but eventually he came towards the front door.

3.    Another USMS Deputy Marshal ("Victim-1") was present at the scene to participate in the arrest of Individual-1. Victim-1 was standing at the front of the doorway when the defendant IAN KILLY approached the door. After approaching the door, the defendant IAN

---

[1]    Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3

KILLY started to move back inside the Residence when Victim-1 grabbed his shirt to remove him from the Residence.   The defendant IAN KILLY then struck Victim-1 in his left eye socket and cheek causing a laceration under Victim-1's left eye and immediate bruising and swelling. Body worn camera footage from the above-described incident shows Victim-1 immediately recoil and hold his left hand over his left eye.

WHEREFORE, your deponent respectfully requests that defendant IAN KILLY be dealt with according to law.

FRANK VELTRI
Deputy Marshal
United States Marshals Service

Sworn to before me this
1st day of April, 2026

THE HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK